RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Benjamin Ruth

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00163-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| v. | (First Request) |
| BENJAMIN RUTH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Benjamin Ruth, that the Initial Appearance currently scheduled on May 21, 2024 at 1:00 pm, be vacated and continued to June 4, 2024 at 2:30 pm.

This Stipulation is entered into for the following reasons:

1. Mr. Ruth lives in Panaca and does not have money for a bus ticket to Las Vegas at this time.

2. Mr. Ruth will be paid in approximately two weeks and can purchase a bus ticket at that time.

3. The bus that Mr. Ruth will take from Panaca to Las Vegas departs on Tuesdays.

4. For these reasons, the parties respectfully request that the hearing in this matter be continued to Tuesday, June 4, 2024, at 2:30 pm

5. The parties agree to the continuance.

This is the first request for a continuance of the initial appearance.

DATED this 20th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Steven Rose for Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BENJAMIN RUTH,<br><br>        Defendant. | Case No. 2:22-cr-00163-GMN-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Tuesday, May 21, 2024 at 1:00 p.m., be vacated and continued to June 4, 2024 at 2:30 pm in Courtroom 3A before Magistrate Judge Albregts.

    DATED this 20th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE